**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 577 MAL 2018

            Respondent                :

                                  :   Petition for Allowance of Appeal
                                  :   from the Order of the Superior Court

            v.                        :

                                  :

WARNER E. BATTY,                    :

                                  :

            Petitioner               :

## **ORDER**

**PER CURIAM**

       **AND NOW**, this 2nd day of June, 2022, the Petition for Allowance of Appeal is **DENIED**.